J-S50033-14

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| CHARLES STEPHON WILLIAMS, | |
| Appellant | No. 350 WDA 2014 |

Appeal from the Order entered February 6, 2014,
in the Court of Common Pleas of Erie County,
Criminal Division, at No(s): CP-25-CR-0000251-1996

BEFORE:  FORD ELLIOTT, P.J.E., SHOGAN, and ALLEN, JJ.

JUDGMENT ORDER BY ALLEN, J.:                    **FILED AUGUST 11, 2014**

In this *pro se* appeal, Charles Stephon Williams ("Appellant") appeals from the order denying his request for post-conviction DNA testing under section 9543.1 of the Post-Conviction Relief Act ("PCRA").

In Appellant's previous appeal, this Court concluded that "the language of § 9543.1 clearly precludes that section's application to petitioners seeking to challenge convictions resulting in guilty pleas by reference to DNA evidence."  **Williams v. Erie County Dist. Atty's Office**, 848 A.2d 967, 972 (Pa. Super. 2004), *appeal denied*, 864 A.2d 530 (Pa. 2004).   Thus, because this Court previously concluded that Appellant's guilty plea prevents him from seeking relief based on DNA evidence, the PCRA court properly denied Appellant's request.  **See Commonwealth v. Gacobano**, 65 A.3d 416, 419-20 (Pa. Super. 2013) (applying "law of the case" doctrine to

second request for DNA testing, when this Court in a previous appeal affirmed the PCRA court's denial of the appellant's section 9543.1 motion).

Order affirmed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 8/11/2014